W. Perry HITNER, Appellant, v. Grace N. LEDERER, Executrix of Ephraim Lederer, formerly United States Internal Revenue Collector for the First District of Pennsylvania, deceased, Appellee.

No. 4889.

Circuit Court of Appeals, Third Circuit.

March 3, 1933.

Wm. Clarke Mason, of Philadelphia, Pa., for appellant.

Thomas J. Curtin, of Philadelphia, Pa., for appellee.

Before WOOLLEY, DAVIS, and THOMPSON, Circuit Judges.

PER CURIAM.

Counsel have stipulated that the decision in the case of Joseph G. Hitner v. Lederer (C. C. A.) 63 F.(2d) 877, decided this day, would be controlling here, and, on the authority of that case, the judgment of the District Court is affirmed.